No. 00–7742.  BROWN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–7744.  PEREIRA-MUNOZ v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 00–7746.  MULDOON v. SOCIAL SECURITY ADMINISTRATION.  C. A. 1st Cir.  Certiorari denied.

No. 00–7747.  PALLONE v. WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 00–7749.  MASON v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 00–7755.  SOWELL v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 00–7756.  PAZZI SALAS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–7757.  HOLMES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–7758.  ALFREDO FIGUEROA v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 00–7765.  GOLDMAN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 00–7766.  GARCIA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–7770.  FALKNER v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 00–7771.  GUERRERO, AKA MELENDEZ PEREZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–7772.  GALVAN-MENESES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–7773.  HASKIN, AKA HASKINS v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.